1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN JOSEPH SCROFANI,                )    No. C 09-5856 JSW (PR)
                                          )
9              Plaintiff,                 )    **ORDER OF TRANSFER**
                                          )
10   vs.                                  )
                                          )
11   JUDGE RONALD COEN, JUDGE             )    (Docket Nos. 2, 4)
     STEVEN OGDEN,                        )
12                                        )
               Defendants.               )
13   ─────────────────────────────────────

14         Plaintiff, a California prisoner incarcerated at the Correctional Training Facility in

15   Soledad, California, has filed this civil rights action under 42 U.S.C. § 1983 against two

16   state court judges who apparently presided over criminal proceedings against him in San

17   Fernando, California and Lancaster, California.  Both San Fernando, California and

18   Lancaster, California are located within Los Angeles County, which is within the venue

19   of the United States District Court for the Central District of California.

20         When jurisdiction is not founded solely on diversity, venue is proper in the

21   district in which (1) any defendant resides, if all of the defendants reside in the same

22   state, (2) the district in which a substantial part of the events or omissions giving rise to

23   the claim occurred, or a substantial part of property that is the subject of the action is

24   situated, or (3) a judicial district in which any defendant may be found, if there is no

25   district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a

26   case is filed in the wrong venue, the district court has the discretion either to dismiss the

27   case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §

28   1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet

filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff brings his claims involving events that occurred and Defendants who reside within the venue of the Central District of California. *See* 28 U.S.C. § 84. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Central District of California. In light of the transfer, this Court will not decide Plaintiff's pending motions (docket nos. 2, 4). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: January 6, 2010

_____
JEFFREY S. WHITE
United States District Judge

2

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

JOHN JOSEPH SCROFANI,

Case Number: CV09-05856 JSW

7

Plaintiff,

**CERTIFICATE OF SERVICE**

8

v.

9

RONALD COEN et al,

10

Defendant.

                                        /

11

12

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13

14

That on January 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18

John Joseph Scrofani
P.O. Box 689
P24910
Soledad, CA 93960

19

20

Dated: January 6, 2010

*Jennifer Ottolini*

21

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28